DARLENE J. JONES, Respondent, v J. THOMAS JONES, Appellant. [778 NYS2d 336]—Appeal from an order of the Supreme Court, Monroe County (Philip B. Dattilo, Jr., Referee), entered March 24, 2003. The order, inter alia, dismissed defendant's claims for reimbursement from plaintiff for certain mortgage and child support payments and education costs.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Kehoe, JJ.